(2) The case is remanded to the district court.

failure to prosecute in accordance with the rules.

Harold W. VAN ALLEN,
Claimant–Appellant,

v.

Anthony J. PRINCIPI, Secretary of Veterans Affairs, Respondent–Appellee.

No. 04–7058.

United States Court of Appeals, Federal Circuit.

DECIDED: April 12, 2004.

Virginia G. Farrier, Principal Attorney, Mark A. Melnick, David M. Cohen, of Counsel, Washington, DC, for Respondent–Appellee.

Harold W. Van Allen, Hurley, NY, pro se.

ORDER

The appellant having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for

E–SCRUB ENVIRONMENTAL ENTERPRISES, INC.,
Plaintiff–Appellant,

v.

UNITED STATES, Defendant–Appellee.

No. 04–5056.

United States Court of Appeals, Federal Circuit.

April 12, 2004.

Thomas F. Decaro, Jr., Principal Attorney, DeCaro & Howell, Upper Marlboro, MD, for Plaintiff–Appellant.

Steven Mager, Principal Attorney, Brian M. Simkin, David M. Cohen, of Counsel, Department of Justice, Washington, DC, for Defendant–Appellee.

ORDER

The appellant having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for

failure to prosecute in accordance with the rules.

for failure to prosecute in accordance with the rules.

**Toribia R. TOQUERO, Petitioner,**

v.

**OFFICE OF PERSONNEL MANAGEMENT, Respondent.**

No. 04–3112.

United States Court of Appeals, Federal Circuit.

April 12, 2004.

Douglas K. Mickle, Principal Attorney, Jeanne E. Davidson, David M. Cohen, of Counsel, Washington, DC, for Respondent.

Toribia R. Toquero, Candon City, Ilocos Sur, Philippines, pro se.

### ORDER

The petitioner having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED,

**Lee W. BRUCE, Petitioner,**

v.

**DEPARTMENT OF THE AIR FORCE, Respondent.**

No. 04–3103.

United States Court of Appeals, Federal Circuit.

April 12, 2004.

Capt. Tracey R. Rockenbach, Principal Attorney, Rosslyn, VA, David B. Stinson, Todd M. Hughes, David M. Cohen, of Counsel, Department of Justice, Washington, DC, for Respondent.

Lee W. Bruce, of Counsel Attorney, South Dennis, MA, for Petitioner.

### ORDER

The petitioner having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED,